

### Jean-René Jérôme (1942-1991)

### Le plasticien des images du rêve

*« Il est important que je me comprenne moi-même. Mon œuvre est un miroir de tous les inconnus qui m'habitent.»*

*« La création, c'est la vie libre. C'est multiplier les facettes de sa vie, en savourer les nuances en captant dans ce rêve l'esprit des autres. »* JRJ

**Notes biographiques    Repères    Notes bibliographiques**



Chef de file du courant dénommé improprement *École de la Beauté*, Jean René Jérôme a produit une œuvre en perpétuel renouvellement marquée par une grande polyvalence technique. Boursier visiteur des Etats-Unis d'Amérique(USIA) en 1970, il fut exposé aux grands courants esthétiques de l'époque.

Peintre, sculpteur et céramiste Jérôme participe du renouvellement des codes figuratifs de la plastique haïtienne. Prenant le relais des préoccupations identitaires des milieux afro-américains qu'il a fréquentés dans les années 70, il élabore une esthétique du corps où la femme noire, dans sa plasticité et sa spiritualité prend place d'icône.

Retourné à ses repères, son imaginaire se nourrit des anciennes pratiques religieuses familiales, des rites initiatiques des péristyles de Carrefour, son lieu de domicile. Une morphologie et des ornements tirés de la culture populaire sont reliés aux apports formels de la modernité occidentale pour trouver une nouvelle loi de la forme. Á partir de supports divers, il organise une œuvre du sacré pour une expression de l'horreur.

En 1980, en réaction à la répression contre la presse, Jean-René Jérôme entame sa phase sombre. Toutes les angoisses et peurs accumulées sont déversées comme un torrent dans une expression de l'horreur. Ceci donne lieu à la série dénommée *Œuvres Secrètes*, la dernière de son parcours, marquée par les conditions de misère absolue et de pourriture sociale avancée. Une production que l'historien d'art Michel Philippe Lerebours a identifiée à « une Rencontre avec la Mort ».



Titre: Célébration du corps
Matière: Acrylique sur isorel
Dimension: 30" x 30"
Année: 1983
Prix: Sur demande/Upon request

Les Ateliers Jérôme © 2012 | CONDITIONS DE VENTE
Design by Arntz Richard Timmer

Exhibit A-1