# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-380-165**

**Effective Date of Registration:**
December 13, 2019

**Registration Decision Date:**
January 09, 2020

---

## Title

**Title of Work:** Lady

## Completion/Publication

**Year of Completion:** 1985

## Author

- **Author:** Jean-Rene Jerome
  **Author Created:** 2-D artwork
  **Citizen of:** Haiti
  **Year Born:** 1942
  **Year Died:** 1991

## Copyright Claimant

**Copyright Claimant:** Estate of Jean-Rene Jerome
c/o Mireille Perodin Jerome, #46 Rue Rebecca, Petion-Ville, HT6140, Haiti
**Transfer statement:** By inheritance

## Certification

**Name:** Robert Kain, counsel for Estate of Jean-Rene Jerome
**Date:** December 13, 2019
**Applicant's Tracking Number:** Jerome 5459-01

---

**Correspondence:** Yes

Exhibit D

Page 1 of 1